UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HALEY C. MILLER** | **NUMBER 5:15-cv-01795-SMH-KLH** |
| **VERSUS** | **JUDGE HICKS** |
| **THRESHOLD BM, L.P. AND WESTDALE ASSET MANAGEMENT, LTD.** | **MAGISTRATE JUDGE HAYES** |

## **CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, come Defendants Threshold BM, L.P. and Westdale Asset Management, Ltd. (collectively, "Defendants"), who, pursuant to Federal Rule of Civil Procedure 7.1 state as follows:

1.

Threshold BM, L.P. is an Iowa limited partnership. Its general partner is Threshold Brighton Manor, LLC, an Iowa limited liability company, whose sole member is Brian Martin, an individual domiciled in Iowa. Its limited partners are fourteen individuals and one family trust, domiciled in New York, Minnesota, Delaware, Connecticut, Texas, and Tennessee.

2.

Westdale Asset Management, Ltd. is a Texas limited partnership. Its general partner is JGB Ventures I, Ltd., a Texas limited partnership, whose general partner is JGB Holdings, Inc., a Texas corporation with its principal place of business in Texas, and whose limited partner is JGB Ventures, Inc., a Nevada corporation with its principal of business in Texas. Its limited partner is Westdale Properties America, Inc., a Nevada corporation with its principal place of business in Texas.

- 2 -

3.

Neither of the Defendants, nor their partners or members, is a parent, subsidiary, or other affiliate of a publicly held corporation.

Respectfully submitted,

**LUNN, IRION, SALLEY, CARLISLE & GARDNER**

BY: ___/s/ Alexander J. Mijalis_____
        Alexander J. Mijalis, Bar Roll No. 31262
        P.O. Box 1534
        Shreveport, Louisiana 71165-1534
        Telephone: (318) 222-0665
        Facsimile: (318) 220-3265
        E-mail:  ajm@lunnirion.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2015, a copy of the foregoing *Corporate Disclosure Statement* was filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

        /s/ Alexander J. Mijalis_____